

DLA Piper LLP (US)
The Marbury Building
6225 Smith Avenue
Baltimore, Maryland  21209-3600
www.dlapiper.com

Richard M. Kremen
Richard.Kremen@dlapiper.com
T  410.580.4191
F  410.580.3191

September 15, 2016
VIA ECF

The Honorable Lorna G. Schofield
United States Courthouse
40 Folely Square
New York, NY 10007

Re:   *The Estate of Michael Heiser, et al. v. JPMorgan Chase Bank, N.A.*, Case No. 11-cv-1606

Dear Judge Schofield:

This firm is counsel to petitioners The Estate of Michael Heiser, *et. al.* in the above-referenced proceeding. By Stipulation endorsed December 7, 2011, this proceeding was stayed pending the outcome of *Levin v. Bank of New York, et al.*, Case No. 09-Civ-05900 (S.D.N.Y.) (the "Levin Action"). This letter is on behalf of the Heisers and respondent JPMorgan Chase Bank, N.A. in response to this Court's Order dated October 31, 2014, that the parties file monthly joint status reports until the Levin Action is completed.

There have been no changes to report with respect to the Levin Action since the Parties' previous letter. The Levin Action remains stayed. Accordingly, the Parties respectfully request that this action remain stayed pending the outcome in the Levin Action.

Very truly yours,

DLA Piper LLP (US)

Richard M. Kremen

cc:  All counsel of record via ECF

EAST\130257575.1