

**DLA Piper LLP (US)**
The Marbury Building
6225 Smith Avenue
Baltimore, Maryland  21209-3600
www.dlapiper.com

Richard M. Kremen
Richard.Kremen@dlapiper.com
T  410.580.4191
F  410.580.3191

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  10/21/16

October 18, 2016
VIA ECF

The Honorable Lorna G. Schofield
United States Courthouse
40 Folely Square
New York, NY 10007

Re:   *The Estate of Michael Heiser, et al. v. JPMorgan Chase Bank, N.A.*, Case No. 11-cv-1606

Dear Judge Schofield:

This firm is counsel to petitioners The Estate of Michael Heiser, *et. al.* (the "Heisers") in the above-referenced proceeding.  By Stipulation endorsed December 7, 2011, this proceeding was stayed pending the outcome of *Levin v. Bank of New York, et al.*, Case No. 09-Civ-05900 (S.D.N.Y.) (the "Levin Action").  This letter is on behalf of the Heisers and respondent JPMorgan Chase Bank, N.A. ("JPMorgan") in response to this Court's Order dated October 31, 2014, that the parties file monthly joint status reports until the Levin Action is completed.

The Levin Action was stayed as of November 7, 2104.  On September 26, 2016, the judgment creditors in the Levin Action filed a motion to lift the stay.  The stay in the Levin Action was lifted by an order dated October 5, 2016.

The Levin Action is now moving forward again. The Heisers and respondent JPMorgan respectfully request that this action remain stayed until the Levin Action is completed.

Very truly yours,

DLA Piper LLP (US)

Richard M. Kremen

cc:  All counsel of record via ECF

EAST\135088595.1

On October 5, 2016, a final judgment was entered in Levin v. Bank of New York, et al., No. 09-Civ-05900.  No later than October 28, 2016, the parties shall file a joint letter identifying the issues relevant to this action that were not resolved by the final judgment in the Levin Action.  Further, they should provide a date by which they anticipate moving to lift the stay.

Dated: October 21, 2016
         New York, NY

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE