

DLA Piper LLP (US)
The Marbury Building
6225 Smith Avenue
Baltimore, Maryland 21209-3600
www.dlapiper.com

Richard M. Kremen
richard.kremen@dlapiper.com
T 410.580.4191
F 410.580.3191

March 13, 2017
*VIA ECF*

The Honorable Lorna G. Schofield
United States Courthouse
40 Folely Square
New York, NY 10007

Re: *The Estate of Michael Heiser, et al. v. JPMorgan Chase Bank, N.A.*, Case No. 11-cv-1606

Dear Judge Schofield:

This firm is counsel to petitioners The Estate of Michael Heiser, et. al. (the "Heisers") in the above-referenced proceeding. By Stipulation endorsed December 7, 2011, this proceeding was stayed pending the outcome of Levin v. Bank of New York, et al., Case No. 09-Civ-05900 (S.D.N.Y.) (the "Levin Action"). This letter is on behalf of the Heisers and respondent JPMorgan Chase Bank, N.A. ("JPMorgan") in response to this Court's Order dated October 31, 2014, that the parties file monthly joint status reports until the Levin Action is completed.

The Parties provided a status update on February 15, 2017. As previously reported, the discovery which has been propounded is still ongoing and there are no new changes to report with respect to the Levin Action.

Accordingly, the Parties respectfully request that this action remain stayed pending the outcome of the Levin Action.

Respectfully,
**DLA Piper LLP (US)**

Richard M. Kremen
Partner

cc: All counsel of record via ECF

EAST\140752438.1